■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PATSY PUPERA, Also Known as PEPI PUPERA, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES R. BLANO, Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAKE ADAMS, Appellant.— [In each action] Motion granted and time for argument of appeal enlarged to include February 1962 Term, on condition that appellant's brief is filed and served on or before January 17, 1962.

■ THOMAS LIZAK, Appellant, v. ROGER BOUCHER, Respondent.—Motion to dismiss appeal denied.

■ JACQULINE S. DAKE, Respondent, v. ARTHUR BRASKY, Appellant.— Appeal dismissed unless records and briefs are filed on or before February 28, 1962; appeal may be prosecuted on original and five copies of record and five copies of appellant's brief as proposed in sample submitted for appellant.

■ ANTHONY RICCO, Respondent, v. STANLEY J. STOLARCZYK, Respondent, and WERNER POLAK et al., Appellants. STANLEY STOLARCZYK, Respondent, v. WERNER POLAK et al., Appellants.—Motion granted and conditional order modified to provide that records and appellants' briefs must be filed on or before January 17, 1962.

■ THOMAS MANLEY, Respondent, v. COUNTY OF YATES, Appellant.— Motion granted and order dismissing appeal vacated.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM W. NUNEMAKER (John J. Barone, Esq., for Peter Costa, Esq.). (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM HILL v. WALTER H. WILKINS, as Warden of Attica Prison (William H. Gardner, Esq., for Samuel C. Battaglia, Esq.). (C) THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE A. BERRY (George Limpert, Esq., for George Valette, Esq.). (D) THE PEOPLE OF THE STATE OF NEW YORK v. PAUL N. EASTMAN (Eugene W. Bergin, Esq., for George Schaeffer, Jr., Esq.).—[In each action] Order of substitution of attorneys entered.

■ PETER L. HOCHADEL, Respondent, v. G. & H. ENTERPRISES, INC., Appellant, et al., Defendant.—Motion granted and order dismissing appeal vacated, upon condition that appellant's brief is filed and served on or before January 17, 1962.